IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              No. 4:14CR00063 BRW

LLEWELLYN CHASE DIXON

### FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 41). On July 9, 2015, this Court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit his interest in an SKS 7.62x39 rifle (serial number 22004662) and a Ruger .356 magnum revolver (serial number 570-67475).

The United States published notice of this forfeiture and the United States' intent to dispose of these two guns in accordance with the law as specified in the Preliminary Order (Dkt. 27). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on July 13, 2015 and ending on August 11, 2015. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding, but no such person was identified. No one has filed a claim to the guns, and the time for filing claims has expired.

Now the United States petitions the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks this Court to authorize the United States Marshal or his designee to dispose of the guns according to law.

It is hereby ordered that the two guns are forfeited to the United States. It is further ordered that all right, title, and interest in the guns is hereby vested in the United States of

America and shall be disposed of according to law.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

    IT IS SO ORDERED this 29th day of December 2015.


                                /s/Billy Roy Wilson
                             United States District Judge