# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**     **4:14-CR-00063-01-BRW**

**LLEWELLYN CHASE DIXON**

## ORDER

Defendant's Motion to Reduce Sentence based on *Johnson v. United States*[1] (Doc. No. 46) is DENIED.

Defendant's sentence was not based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Rather, Defendant was sentenced under Guideline § 2K2.1, which considered his prior qualifying drug conviction.

IT IS SO ORDERED this 8th day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).